April 01, 2011

Mr. Shannon H. Ratliff
Ratliff Law Firm, P.L.L.C.
600 Congress Ave., Suite 3100
Austin, Tx 78701-2984

Ms. Eileen F. O'Neill
Ware, Jackson, Lee & Chambers, L.L.P.
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019-7101
Ms. Deborah G. Hankinson
Hankinson Levinger LLP
750 N. St. Paul St., Suite 1800
Dallas, TX 75201

Mr. David P. Wilson
Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX 77704

RE: Case Number: 05-1076
 Court of Appeals Number: 13-00-00104-CV
 Trial Court Number: 96-7-8148

Style: EXXON CORPORATION AND EXXON TEXAS, INC.
 v.
 EMERALD OIL & GAS COMPANY, L.C. AND LAURIE T. MIESCH, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas denied the motions for rehearing in
the above-referenced case. The Court's opinion of December 17, 2010 is
withdrawn and the opinion of this date is substituted. The judgment,
issued December 17, 2010, remains in place. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman and Justice Lehrmann not sitting not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Cathy Wilborn |
| |Ms. Ruby Garcia |
| |Mr. William Guy Arnot |
| |III |
| |Mr. John B. McFarland |
| |Mr. Everard A. |
| |Marseglia Jr. |
| |Mr. Zachary S. Brady |
| |Mr. William F. Warnick|
| | |
| |Mr. Keith Strama |
| |Ms. Jacqueline L |
| |Weaver |